906 A.2d 1114

IN THE MATTER OF MARC A. CALELLO,
AN ATTORNEY AT LAW.

September 27, 2006.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **MARC A. CALELLO** of **NUTLEY,** who was admitted to the bar of this State in 1989, and who was suspended from the practice of law for a period of three months effective June 5, 2006, by Order of this Court filed May 10, 2006, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent provide to the Office of Attorney Ethics quarterly reconciliations of his attorney trust accounts on a schedule to be set by the Office of Attorney Ethics, until such time

as the Office of Attorney Ethics deems it unnecessary, and until the further Order of the Court.